Kane Moon (SBN 249834)
E-mail: kmoon@moonlawgroup.com
Enzo Nabiev (SBN 332118)
E-mail: enabiev@moonlawgroup.com
Matthew Dial (SBN 341656)
E-mail: mdial@moonlawgroup.com
MOON LAW GROUP, PC
725 S. Figueroa Street, Suite 3100
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Plaintiff
RUDY GILBERT PADILLA

[*Additional Counsel listed on following page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY GILBERT PADILLA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMES CONSTRUCTION, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03522-AH-ASx<br><br>**ORDER REMANDING THIS MATTER TO STATE COURT [32] [JS-6]**<br><br>Trial Date: None Set<br>Complaint Filed: 1/7/25 |

CASE NO. 2:25-cv-03522-AH-AS

ORDER

Ian G. Robertson, Bar No. 283151
irobertson@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Facsimile: 949.724.1201

Alexandria Rafizadeh, Bar No. 273494
awitte-rafizadeh@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

ATTORNEYS FOR DEFENDANT AMES CONSTRUCTION, INC.

# ORDER

Having considered the Joint Stipulation filed by Defendant Ames Construction, Inc. ("Ames" or "Defendant") and Plaintiff Rudy Gilbert Padilla ("Plaintiff"), and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that

(1) This matter is remanded to Los Angeles County Superior Court.

**IT IS SO ORDERED.**

Dated: August 22, 2025



JUDGE ANNE HWANG
UNITED STATES DISTRICT JUDGE